# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) <br> ) <br> ) Case Number: <br> ) <br> ) |

# ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

DATED:

_____
Signature

_____
Name

_____
Address

_____
Phone Number

_____
Fax Number

_____
E-Mail Address

Rev. 2/11