# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Integrity Investment Fund, LLC et.al )<br>*Plaintiff(s)* )<br>v. )<br>Kwame Raoul, et. al. )<br>*Defendant(s)* ) | Case Number: 25 cv 1122 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for DuPage County, Illinois, Gwen Henry, and Jean Kaczmarek

DATED: 6.18.25

_____
Signature

A.S.A. Graeme J. Quinn

Name

503N. County Farm Rd. Wheaton IL, 60187

Address

(630) 407-8226

Phone Number

(630) 407-8201

Fax Number

Graeme.Quinn@dupagecounty.gov

E-Mail Address

Rev. 2/11