IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTEGRITY INVESTMENT FUND, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as the Illinois Attorney General, *et al.*, <br><br> Defendants. | No. 25-cv-1122 <br><br> Judge David W. Dugan |

## STATE DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Kwame Raoul, in his official capacity as Attorney General of the State of Illinois, and David Harris, in his official capacity as Director of the Illinois Department of Revenue, move to dismiss Plaintiffs' complaint. The grounds for this motion are set forth in the State Defendants' memorandum in support of their motion to dismiss, which they incorporate by reference.

Dated: July 18, 2025

*/s/ Michael T. Dierkes*
Michael T. Dierkes
General Law Bureau/Government
Representation Division
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-3672
Facsimile: (312) 814-4425
michael.dierkes@ilag.gov

*Attorney for State Defendants*