IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTEGRITY INVESTMENT FUND, LLC, an Illinois limited liability company, INTEGRITY INVESTMENT REO HOLDINGS, LLC, an Illinois limited liability company, SIGTELLO, LLC, an Illinois series limited liability company, and ABBOTT PORTFOLIO, LLC, an Illinois limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; DAVID HARRIS, in his official capacity as Director of the Illinois Department of Revenue; *et al*, <br><br> Defendants. | Case No: 3:25 CV 1122-DWD |

### INITIAL JOINT STATUS REPORT

Plaintiffs' Amended Complaint was filed on May 28, 2025. On June 6, 2025, summons were issued as to the State Defendants, and, on or about that same date, Requests for Waiver of Service were sent to all County and County official Defendants. The response date for those waiver requests, per F.R. Civ. P. 4(d) is approximately August 5, 2025. While some of the County Defendants have filed Appearances, none have filed responsive pleadings, and some County Defendants have not yet filed Appearances or waived service.

The State Defendants have filed a pending Motion to Dismiss pursuant to F.R. Civ. P. 12(b)(6). Plaintiff have until August 17, 2025, to respond.

In light of the above, the parties who have filed Appearances request the currently-set status date of July 31, 2025 be stricken, and that the matter be continued for further status until after August 5, 2025, in order to determine who has appeared, who still needs to be formally served, and who has responded to Plaintiffs' Complaint.

Dated: July 24, 2025                                         Respectfully submitted,

 /s/ David G. Sigale                                          /s/ Michael T. Dierkes (with permission)
David G. Sigale                                              Michael T. Dierkes
Law Firm of David G. Sigale, P.C.                            Assistant Supervisor, Civil Rights Unit
55 West 22nd Street, Suite 230                               General Law Bureau/Government
Lombard, IL 60148                                            Representation Division
630.452.4547                                                 Office of the Illinois Attorney General
dsigale@sigalelaw.com                                        115 South LaSalle Street
                                                             Chicago, IL 60603
 Counsel for Plaintiff                                       312.814.3672
                                                             michael.dierkes@ilag.gov

                                                             Counsel for Defendants Kwame Raoul and
                                                             David Harris


/s/ Trevor M.J. Prindle (with permission)
Trevor M.J. Prindle
Assistant State's Attorney, Civil Division
DuPage County State's Attorney's Office
503 N. County Farm Road
Wheaton, IL 60187
630.407.8224
trevor.prindle@dupagecounty.gov

Counsel for DuPage County Defendants

/s/ Rosa M. Tumialán (with permission)
Rosa M. Tumialán
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
312-627-4191
rtumialan@tresslerllp.com

*Counsel for Boone, Carroll, Ford, Lee, Livingston, McLean, Ogle, Peoria, Piatt, Rock Island, Sangamon, Tazewell, Whiteside, and Winnebago County Defendants*


/s/ Anthony O'Brien (with permission)
Anthony O'Brien
Supervisor – Real Estate Tax Litigation
Civil Actions Bureau
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
312.603.7949
anthony.obrien@cookcountysao.org

*Counsel for Cook County Defendants*


/s/ Jonathon C. Fox (with permission)
Jonathon C. Fox
Mitvalsky, Van Vooren & Fox, P.C.
1515 – 5th Avenue, Suite 428
Moline, IL 61265
309-623-8000
jfox@mvflegal.com

*Counsel for Henry County Defendants*


<u>/s/ Adam Lipetz (with permission)</u>
Adam Lipetz
Assistant State's Attorney
Will County State's Attorney's Office
57 N. Ottawa Street
Joliet, IL 60432
(815) 727-8721
alipetz@willcountysao.gov

*Counsel for Will County Defendants*