# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Integrity Investment Fund, LLC et al. | ) |
| *Plaintiff(s)* | ) |
| | ) |
| Macoupin County, Illinois, et al. | ) Case Number: 3:25-cv-122-DWD |
| | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice

to the United States District Court for the Southern District of Illinois in order to appear as counsel

of record in this case on behalf of Macoupin County, Illinois an Illinois poliyical subdivision unit of government, Amber McGartland in her capacity as Treasurer of Macouppin County an and Pete Duncan in his capacity as Clerk of Macoupin County

In support of this motion, I state:

1.    I am an attorney licensed to practice law and a member in good standing in the

State(s) of __Illinois__                            . The state and federal bar numbers issued

to me are is 3122162_____ .

2.    I am familiar with the law, facts, and procedures relating to the subject matter of this

litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: __September 23, 2025__      __/s/ Rick Verticchio__
         Date                       Signature of Movant

__100 E. Chestnut St. PO Box 87__     __Rick Verticchio__
         Street Address                    Printed Name

__Gillespie, IL 62033__
         City, State, Zip