### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| INTEGRITY INVESTMENT FUND, LLC, an Illinois limited liability company, INTEGRITY INVESTMENT REO HOLDINGS, LLC, an Illinois limited liability company, SIGTELLO, LLC, an Illinois series limited liability company, and ABBOTT PORTFOLIO, LLC, an Illinois limited liability company, | ) ) ) ) ) ) ) ) ) | |
| | ) | Case No: 3:25 CV 1122-DWD |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; DAVID HARRIS, in his official capacity as Director of the Illinois Department of Revenue, *et al*, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### <u>UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE BRIEF, *INSTANTER*</u>

NOW COME the Plaintiffs, INTEGRITY INVESTMENT FUND, LLC, an

Illinois limited liability company, INTEGRITY INVESTMENT REO HOLDINGS,

LLC, an Illinois limited liability company, SIGTELLO, LLC, an Illinois series

limited liability company, and ABBOTT PORTFOLIO, LLC, an Illinois limited

liability company, by and through undersigned counsel, and hereby move this

Honorable Court for leave to file their Response to the Cook County Defendants'

F.R. Civ. P. 12(b) Motion to Dismiss (Dkt. #200), *instanter*. In support of their

Motion, Plaintiffs states as follows:

1.      Plaintiffs have received brief extensions to file their Responses to the three Motions to Dismiss filed by the Defendants. The Response to the County Defendants (except for Cook) was filed on March 19, 2026, and the Response to the State's Motion was filed by the latest due date of March 23, 2026.

2.      Plaintiffs' counsel has been working diligently to complete the three Responses, and completed two of them, but unfortunately counsel needed 7 additional hours to complete the third (Cook County Defendants) Response.

3.      The proposed Response to the Cook County Defendants' Motion to Dismiss is attached hereto, and Plaintiffs seeks leave to file their Response, *instanter*.

4.      Plaintiffs' counsel contacted Defendants' counsel *via* e-mail on March 23-24, 2026, and Cook County Defendants' counsel does not oppose this request.

5.      This Motion is not drafted for purposes of delay, but only to afford Plaintiffs the opportunity to fully present their arguments to the Court.

WHEREFORE, the Plaintiffs, INTEGRITY INVESTMENT FUND, LLC, an Illinois limited liability company, INTEGRITY INVESTMENT REO HOLDINGS, LLC, an Illinois limited liability company, SIGTELLO, LLC, an Illinois series limited liability company, and ABBOTT PORTFOLIO, LLC, an Illinois limited liability company, pray this Court grant them leave to file their Response to the Cook County Defendants' Motion to Dismiss, *instanter*, and grant such other and further relief as this Court may deem just and proper.

Dated: March 24, 2026                    Respectfully submitted,


By:        /s/ David G. Sigale
           Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

　　1.　　On March 24, 2026, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

　　2.　　Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


　　　　　　　　　　　　　　　　/s/ David G. Sigale
　　　　　　　　　　　　　　　　Attorney for Plaintiff



David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

4