**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| INTEGRITY INVESTMENT FUND, LLC, an Illinois limited liability company, INTEGRITY INVESTMENT REO HOLDINGS, LLC, an Illinois limited liability company, SIGTELLO, LLC, an Illinois series limited liability company, and ABBOTT PORTFOLIO, LLC, an Illinois limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; DAVID HARRIS, in his official capacity as Director of the Illinois Department of Revenue, *et al*,<br><br>Defendants. | ) | Case No: 3:25 CV 1122-DWD |

## MOTION FOR ENLARGEMENT OF TIME

NOW COME the Plaintiffs, INTEGRITY INVESTMENT FUND, LLC, an Illinois limited liability company, INTEGRITY INVESTMENT REO HOLDINGS, LLC, an Illinois limited liability company, SIGTELLO, LLC, an Illinois series limited liability company, and ABBOTT PORTFOLIO, LLC, an Illinois limited liability company,, by and through undersigned counsel, and, pursuant to F.R. Civ. P. 6(b), requests an enlargement of time for their Response to the *Defendants' Consolidated Memorandum Regarding Mootness* (Dkt. #224). In support of their Motion, Plaintiffs state as follows:

1. Per the Court's Order of September 8, 2026 (Dkt. #223), Plaintiffs' aforesaid Responses are due November 9, 2026.

2. However, despite due diligence in preparing the Responses, and due to the recent demands of Plaintiffs' counsel's caseload, Plaintiffs must respectfully request the due date for their Responses to Defendants' Motions to Dismiss be extended an additional 21 days, or until November 30, 2026.

3. This Motion is not filed for dilatory purposes or for delay, but only so Plaintiffs may fully present their arguments before the Court.

4. Plaintiffs' counsel communicated with Defendants' counsel *via* e-mail on November 6, 2026, and Defendants do not object to Plaintiffs' Motion.

WHEREFORE, the Plaintiffs, INTEGRITY INVESTMENT FUND, LLC, an Illinois limited liability company, INTEGRITY INVESTMENT REO HOLDINGS, LLC, an Illinois limited liability company, SIGTELLO, LLC, an Illinois series limited liability company, and ABBOTT PORTFOLIO, LLC, an Illinois limited liability company,, requests this Honorable Court grant them an enlargement of 21 days to November 30, 2026 to file their Responses to Defendants' *Consolidated Memorandum Regarding Mootness*, and grant them any and all other forms of relief as this Court deems just and proper.

Dated: November 9, 2026 Respectfully submitted,

By: /s/ David G. Sigale
Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On November 9, 2026, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

/s/ David G. Sigale
Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com